

*Fighting For Employee Rights for Over 30 Years*

| | | | | |
|---|---|---|---|---|
| 1525 Locust Street | 9th Floor | Philadelphia, PA 19102 | 215-545-7676 | www.ConsoleLaw.com |
| 110 Marter Avenue | Suite 502 | Moorestown, NJ 08057 | 856-854-4000 | |
| 5 Penn Plaza | 23rd Floor | New York, NY 10001 | 917-985-7761 | |
| 744 W Lancaster Ave. | Suite 220 | Wayne, PA 19087 | 610-596-9796 | |

**LANE J. SCHIFF, ESQ.**
schiff@consolelaw.com

February 23, 2023

<u>*Via ECF*</u>

The Honorable Michael M. Baylson
3810 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Chambers_of_Judge_Michael_Baylson@paed.uscourts.gov

      **Re:** <u>**Cathy Beazley v. Comcast Corporation, *et al* | Civil Action No. 20-6073**</u>

Dear Judge Baylson:

      This firm represents Plaintiff, Cathy Beazley, in the above-referenced matter. I write jointly with counsel for Defendants to provide the Court with a status report.

      The parties commenced arbitration with JAMS in September 2021. The Honorable Thomas J. Rueter (Ret.) was appointed as Arbitrator in October 2021 and has been actively overseeing this matter through present day. The parties have exchanged written discovery and taken multiple depositions (including that of Plaintiff and three (3) Defense witnesses) but since December 2022, the parties placed on hold the remaining depositions to engage in motion practice over a discovery dispute. The parties will resume depositions once the discovery dispute is adjudicated, but do not anticipate that the Arbitration Hearing will take place before late-2023.

      Thank you for Your Honor's continued attention to this mater, and please let us know if further action is required on our part.

                                                          Sincerely,

                                                         LANE J. SCHIFF

LJS:db
Cc. Paul Evans, Esquire (via ECF)