UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CATHY BEAZLEY,**<br><br>Plaintiff,<br><br>v.<br><br>**COMCAST CORPORATION,** *et al.*,<br><br>Defendants. | Case No.: 2:20-cv-06073-MMB |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii) and Local Rule 41.1(b), Plaintiff Cathy Beazley and Defendants Comcast Corporation, Comcast Cable Communications Management, LLC Comcast (CC) of Willow Grove and Michael DelCiello, by and through their undersigned counsel, hereby stipulate to the Dismissal With Prejudice of all claims against Defendant Michael DelCiello, with each party to bear its own attorneys' fees and costs.

Dated:  October 17, 2023

| | |
|---|---|
| */s/ Lane Schiff*<br>Lane Schiff , Esquire<br>Console Mattiacci Law, LLC<br>1525 Locust St., 9th Floor<br>Philadelphia, PA 19102<br>Tel.: (215) 545-7676<br>Email: schiff@consolelaw.com<br><br>*Attorney for Plaintiff* | */s/ Paul C. Evans*<br>Paul C. Evans, Esquire<br>Baker & McKenzie LLP<br>452 Fifth Avenue<br>New York, NY 10018<br>Tel:  212.626.4339<br>Email: paul.evans@bakermckenzie.com<br><br>*Attorney for Defendants* |