UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**CATHY BEAZLEY,**

        Plaintiff,

v.

**COMCAST CORPORATION,** *et al.*,

        Defendants.

Case No.: 2:20-cv-06073-MMB

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii) and Local Rule 41.1(b), Plaintiff Cathy Beazley and Defendants Comcast Corporation, Comcast Cable Communications Management, LLC Comcast (CC) of Willow Grove, by and through their undersigned counsel, hereby stipulate to the Dismissal With Prejudice of all claims against Defendants Comcast Corporation, Comcast Cable Communications Management, LLC Comcast (CC) of Willow Grove, with each party to bear its own attorneys' fees and costs.

Dated: November 8, 2023

| | |
|---|---|
| */s/ Lane J. Shiff* | */s/ Paul C. Evans* |
| Lane Schiff, Esquire | Paul C. Evans, Esquire |
| Console Mattiacci Law, LLC | Baker & McKenzie LLP |
| 1525 Locust St., 9th Floor | 452 Fifth Avenue |
| Philadelphia, PA 19102 | New York, NY 10018 |
| Tel.: (215) 545-7676 | Tel: 212.626.4339 |
| Email: schiff@consolelaw.com | Email: paul.evans@bakermckenzie.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |